### UNITED STATES of America, Plaintiff-Appellee,

v.

### Stanley Mills STANERT, Defendant-Appellant.

No. 84–5128.

United States Court of Appeals, Ninth Circuit.

Aug. 28, 1985.

Roger W. Haines, Jr., Maria T. Arroryo-Tabin, Asst. U.S. Attys., San Diego, Cal., for plaintiff-appellee.

Craig E. Weinerman, San Diego, Cal., for defendant-appellant.

Before GOODWIN, POOLE, and BOOCHEVER, Circuit Judges.

ORDER

The opinion in this case, which was filed June 5, 1985, 762 F.2d 775, is amended by adding a footnote 1 at the end of the third full paragraph in Part III, at p. 780, beginning, "In his motion for an evidentiary hearing before the district judge...." Footnote 1 shall read:

The question whether a defendant has made a sufficient preliminary showing to entitle him to a *Franks* [*v. Delaware*, 438 U.S. 154, 98 S.Ct. 2674, 57 L.Ed.2d 667 (1978)] hearing is reviewable *de novo*. *United States v. Ritter*, 752 F.2d 435, 439 (9th Cir.1985).

As amended, the panel has unanimously voted to deny the petition for rehearing. The mandate shall issue in accordance with Fed.R.App.P. 41(a).